CATHARINE MALLON, Respondent, *v.* GEORGE S. WHEELER et al., Appellants.

(Submitted April 10, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made March 25,

1889, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*A. H. & W. E. Osborn* for appellants.

*J. T. Marean* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.